# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| DENZIL GRANT ) | Case No: 8:01-cr-14-T-23MAP |
| ) | USM No: 39485-018 |
| Date of Previous Judgment: 1/24/2002 ) | pro se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion (Doc. 186) is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 108 months **is reduced to time served plus 10 days.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31            Amended Offense Level: 29
Criminal History Category: I          Criminal History Category: I
Previous Guideline Range: 108 to 135 months    Amended Guideline Range: 87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐   Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 1/24/2002 shall remain in effect.

ORDERED in Tampa, Florida on _March 12th_, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Effective Date: _____
   (if different from order date)